IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATEWIDE ORGANIZING FOR<br>COMMUNITY EMPOWERMENT et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY et al.,<br><br>               Defendants. | Civil Action No. 22-cv-2562<br>Hon. Judge Bates |

**JOINT MOTION TO STAY ACTION PENDING SETTLEMENT NEGOTIATIONS**

      The parties respectfully move the Court to stay this action until February 6, 2023, pending the parties' settlement discussions. In support of their motion, the parties state as follows:

      1.      The Complaint was filed on August 25, 2022 and served on September 7, 2022. (ECF Nos. 1, 5.)

      2.      Defendants' response to the Complaint is presently due November 7, 2022.

      3.      The parties are currently engaged in settlement discussions, which, if successful, would fully resolve this action.

      4.      The parties request a stay of the action, including Defendants' obligation to serve a response to the Complaint under Fed. R. Civ. P. 12 and the parties' obligation to comply with Local Rule 16.3 by participating in a meet and confer and submitting a Rule 16(d) report, so that the parties may focus on their settlement discussions.

      5.      The parties believe that a stay would expedite resolution of this matter and conserve judicial resources.

6. On February 6, 2023, the parties will file a joint report advising the Court of the status of their settlement discussions. In their report, the parties will either propose a schedule for the continuation of the litigation or seek an extension of the stay.

Dated: October 27, 2022

                    Respectfully submitted,

                    */s/ Charles McPhedran*
                    Charles McPhedran
                    Earthjustice
                    1617 JFK Blvd., Ste. 1130
                    Philadelphia, PA 19103
                    (215) 717-4521
                    cmcphedran@earthjustice.org

                    *Counsel for Plaintiffs*

                    */s/ Sarah Izfar*
                    Sarah Izfar
                    Trial Attorney (DC Bar #1017796)
                    United States Department of Justice
                    Environmental Defense Section
                    P.O. Box 7611 (regular mail)
                    150 M St., NE (overnight)
                    Washington, D.C. 20044
                    sarah.izfar@usdoj.gov
                    (202) 305-0490

                    *Counsel for Defendants*

OF COUNSEL:
Laurel Celeste
U.S. Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Ave. NW
Washington, DC  20460